UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN REYNOSO RODRIGUEZ<br><br>Defendant | CRIMINAL No. 22-mj-2001-MBB |

AFFIDAVIT OF ARREST PURSUANT TO FED. R. CRIM. P. 5(c)(3)

I, Matthew Comeau, Special Agent, Homeland Security Investigations, do hereby make oath before the Honorable Marianne B. Bowler, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one JUAN REYNOSO RODRIGUEZ on an Indictment issued by the United States District Court for the Northern District of Illinois on December 10, 2021, charging the defendant with conspiracy to possess with the intent to distribute heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant and the Indictment are attached.

By: *Matthew Comeau*
      Matthew Comeau
      Special Agent
      Homeland Security Investigations

Electronically subscribed and sworn to telephonically before me this _3rd_ day of January, 2022.

*Marianne B. Bowler*, USMJ
Marianne B. Bowler
United States Magistrate Judge

ILND 442 (Rev. 11/16) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois Eastern Division

|  |  |  |
|---|---|---|
| United States of America | ) | Case No. **1:21-cr-00744-1** |
| | ) | |
| v. | ) | |
| | ) | |
| Juan Reynoso | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## BENCH WARRANT

**To:**     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring  Juan Reynoso  before a United States magistrate judge without unnecessary     delay, who is accused of an offense or violation based on the following document filed with the court:

☒Indictment   ☐Superseding Indictment   ☐Information   ☐Superseding Information   ☐Complaint

☐Probation Violation Petition   ☐Supervised Release Violation Petition   ☐Violation Notice   ☒Order of the Court

This offense is briefly described as follows:

Offense: Conspiracy to distribute controlled substance                              Title:21       U.S.C:  846

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

December 10, 2021

DATE



**FILED**
**12/9/2021** JF
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. **1:21-CR-00744** |
| v. | Violations: Title 21, United States Code, Section 841(a)(1) |
| JUAN REYNOSO | **UNDER SEAL** |

**JUDGE BUCKLO**
**MAGISTRATE JUDGE JANTZ**

The SPECIAL JULY 2021 GRAND JURY charges:

Beginning no later than on or about May 26, 2019, and continuing to on or about May 28, 2019, at Joliet, in the Northern District of Illinois, Eastern Division, and elsewhere,

JUAN REYNOSO,

defendant herein, did conspire with Claudio Acevedo-Mequita, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

A TRUE BILL

_____
FOREPERSON

_____
Signed by Scott M. Edenfield on behalf of the
UNITED STATES ATTORNEY